IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE LAWRENCE NELOMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAMMY ROUSE, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 5:12-CV-348(MTT) |

## ORDER

Before the Court is Magistrate Judge Charles H. Weigle's Recommendation to deny the Plaintiff's Motion to Proceed In Forma Pauperis because "the Plaintiff has had three dismissals that would count as 'strikes' under § 1916(g)." (Doc. 7 at 1). Because he has three dismissals, the Plaintiff "cannot proceed in forma pauperis unless he can show that he qualifies for the imminent danger of serious physical injury exception of § 1915(g)." (Doc. 7 at 2) (internal quotation marks omitted). The Magistrate Judge recommends denying the Motion because the Plaintiff has made no such showing.

The Plaintiff has not objected to the Recommendation. Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered the Recommendation. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. Accordingly, the Plaintiff's Motion is **DENIED**, and his case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 16th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT